# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

United States of America,
Plaintiff,
v.
Gregory McKnight,
Defendant.
Case No. 25-CR-00071-SWS

### PROPOSED ORDER APPOINTING COUNSEL AND HOLDING MOTION IN ABEYANCE

Upon consideration of the defendant's Reply and Request for Appointment of Counsel, and for good cause shown, the Court finds that the defendant has raised a substantial constitutional question concerning the validity of his restitution order under ***Ellingburg v. United States, 602 U.S. ___ (2026)***. The Court further finds that resolution of this issue is necessary before ruling on the defendant's pending motion for reconsideration and that the complexity of the issue warrants appointment of counsel under the **Criminal Justice Act**.

IT IS THEREFORE ORDERED that counsel shall be appointed to represent the defendant under the **Criminal Justice Act** for the purpose of addressing the constitutional status of the defendant's restitution order and any resulting impact on the financial-compliance conditions previously relied upon by the Court.

IT IS FURTHER ORDERED that the defendant's motion for reconsideration is held in abeyance pending the appearance of appointed counsel and further briefing as directed by the Court.

Dated: February 28, 2026


Hon. Scott W. Skavdahl
United States District Judge