## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING



FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 MAR 16 PM 12: 12

MARGARET BOTKINS, CLERK
CHEYENNE

**United States of America,**
Plaintiff,

v.

**Gregory McKnight,**
Defendant.

**Case No. 25-CR-00071-SWS**

## MOTION FOR APPOINTMENT OF COUNSEL
## UNDER 18 U.S.C. §3006A(a)(2)(B)

Defendant Gregory McKnight respectfully moves the Court to appoint counsel under **18 U.S.C. § 3006A(a)(2)(B)** for the limited purpose of addressing the constitutional issues surrounding the validity of his restitution order. This motion is filed as a stand-alone request, separate from any supervised-release proceedings, in order to present the issue in the proper procedural posture.

### I. Basis for the Request

Under **18 U.S.C. § 3006A(a)(2)(B)**, the Court may appoint counsel for a financially eligible defendant seeking post-conviction relief when "the interests of justice so require." The defendant seeks assistance of counsel to litigate substantial constitutional questions concerning the manner in which restitution was imposed in his case.

These questions include whether restitution was imposed:

- without jury-found facts,
- without judicial findings on loss,
- without adversarial testing, and
- based on civil receivership determinations rather than evidence presented in the criminal proceeding.

The Supreme Court's decision in ***Ellingburg v. United States, 602 U.S. ___ (2026)***, clarified that restitution constitutes criminal punishment and must comply with constitutional requirements. The defendant seeks counsel to assist in evaluating and presenting these issues in accordance with that decision.

## II. The Restitution Issue Is Separate From Supervised Release

This motion does not seek reconsideration, modification, or termination of supervised release. Understanding that the Court has already ruled on those matters, the defendant now seeks only to address the constitutional status of his restitution order in a separate, appropriate proceeding.

## III. The Interests of Justice Support Appointment of Counsel

The restitution issue involves:

- constitutional analysis under Ellingburg,
- interpretation of the Mandatory Victims Restitution Act,
- review of the civil receivership record, and
- examination of the sentencing proceedings in the Eastern District of Michigan.

These matters are legally and factually complex. The government has not addressed the constitutional issue in prior filings, and the defendant cannot meaningfully litigate it pro se. Appointment of counsel will ensure that the issue is presented clearly and that the Court receives full adversarial briefing.

## IV. Requested Relief

The defendant respectfully requests that the Court:

1. Appoint counsel under **18 U.S.C. §3006A(a)(2)(B)** for the limited purpose of addressing the constitutional issues related to the restitution order;
2. Permit counsel to file appropriate motions or briefing concerning the restitution issue; and
3. Grant any further relief the Court deems just and proper.

Respectfully submitted,

Gregory McKnight
Pro Se
Rawlins, WY

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March , 2026, I placed a true and correct copy of the foregoing Motion for Appointment of Counsel and Proposed Order in the United States mail, postage prepaid, addressed to:

United States Attorney's Office
District of Wyoming
2120 Capitol Avenue, Suite 4000
Cheyenne, WY 82001


Respectfully submitted,

Gregory McKnight
Pro Se

Gregory McKnight
405 Harshman Street
Rawlins, WY 82301

March _13_, 2026

Clerk of Court
United States District Court
District of Wyoming
2120 Capitol Avenue, Room 2131
Cheyenne, WY 82001

Re: United States v. McKnight, Case No. 25-CR-00071-SWS

## Submission of Motion for Appointment of Counsel

**Dear Clerk of Court,**

Please find enclosed for filing in the above-referenced matter the following documents:

1. Defendant's Motion for Appointment of Counsel Under 18 U.S.C. § 3006A(a)(2)(B);
2. Proposed Order; and
3. Certificate of Service.

I respectfully request that these materials be docketed and forwarded to the presiding judge for consideration.
Thank you for your assistance.

*Respectfully,*

**Gregory McKnight**
**Pro Se Defendant**

Gregory McKnight
405 Harshman St.
Rawlins, WY 82301

Retail

UNITED STATES
POSTAL SERVICE ®

RDC 99

82001

U.S. POSTAGE PAID
FCM LG ENV
RAWLINS, WY 82301
MAR 13, 2026

**$2.17**

S2324H5O2821-10

**Clerk of Court**
**U.S. District Court for the**
**District of Wyoming**
**2120 Capitol Avenue,**
**Room 2131**
**Cheyenne, WY 82001**

HANDLE WITH CARE