**FILED**



**3:48 pm, 4/3/26**

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| VS. | Case No.  25-CR-00071 |
| GREGORY MCKNIGHT, | |
| Defendant, | |

## ORDER DENYING DEFENDANT'S MOTION FOR UPDATED RESTITUTION ACCOUNTING

This matter is before the Court on Defendant Gregory McKnight's Motion for Updated Restitution Accounting. (ECF No. 12). Defendant asks this Court for copies of (1) the current restitution balance; (2) the total amount of funds collected; (3) the total amount of funds distributed; (4) any final accounting or report in related civil proceedings; (5) documentation reflecting disbursements made; (6) victim-related documentation used to calculate restitution amount; and (7) any other materials used to determine present restitution balance. (*Id*. at 1). Defendant has not presented any facts or law that entitle him to this documentation.

This Court, having considered the motion, the record, and being otherwise fully advised, finds there is no legal basis entitling Defendant to the documentation he seeks. However, as a courtesy, the Court will advise Defendant that based on this Court's records, Defendant owes a total amount of $48,969,560.00 and has paid $10,822.92. Accordingly,

Defendant's total outstanding restitution balance is $48,958,737.08. The restitution has and will continue to be collected and distributed in accordance with the judgment. (ECF No. 16 at 6, *USA v. McKnight*, No. 12-20101, (E.D Mich. 2012)).

Thus, Defendant has failed to establish any factual or legal basis to support his request.

**IT IS HEREBY ORDERED** Defendant's Motion (ECF No. 12) is **DENIED**.

Dated this 3rd day of April, 2026.

Scott W. Skavdahl
United States District Judge