Gregory N. McKnight
Pro Se Defendant
405 Harshman St.
Rawlins, WY
May 1, 2026



Clerk of Court
United States District Court
District of Wyoming
2120 Capitol Avenue, Room 2131
Cheyenne, WY 82001

**Re: United States v. McKnight, Case No. 25-CR-00071-SWS — Filing of Defendant's Emergency Motion to Suspend Supervised Release**

Dear Clerk of Court:

Defendant Gregory N. McKnight, proceeding pro se, respectfully submits for filing the enclosed Defendant's Emergency Motion to Suspend Supervised Release Pending Resolution of Motion for Relief from Void Judgment, together with all supporting documents, in the above-captioned matter. Mr. McKnight respectfully requests that the Clerk docket the enclosed materials at the Court's earliest convenience.

The following documents are enclosed herewith for filing:

- Defendant's Emergency Motion to Suspend Supervised Release Pending Resolution of Motion for Relief from Void Judgment
- Exhibit A Cover Sheet
- Declaration of Gregory N. McKnight (Exhibit A)
- Exhibit B Cover Sheet
- Notice of Jurisdictional Defect (Exhibit B)
- Certificate of Service

Mr. McKnight sincerely thanks the Clerk of Court for their time and valued assistance in this matter. Should the Court require any additional information, clarification, or documentation, Mr. McKnight is available at the address set forth above and will respond promptly to any inquiry. He genuinely appreciates the Court's attention to this filing and the professionalism with which the Office of the Clerk serves all parties.

Respectfully submitted,

Gregory N. McKnight
Pro Se Defendant
Rawlins, WY