# NOTICE OF APPEAL
## United States District Court District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
MAY 1 1 2026
1:40 p.m.
Margaret Botkins, Clerk
Cheyenne

**United States of America,**
**Plaintiff,**

**v.**

**Gregory N. McKnight,**
**Defendant.**

Case No. **25-CR-00071**

## NOTICE OF APPEAL

Notice is hereby given that **Gregory N. McKnight**, Defendant in the above-captioned case, appeals to the **United States Court of Appeals for the Tenth Circuit** from the district court's order entered on **5/5/2026**, denying Defendant's **Emergency Motion to Suspend Supervised Release Pending Resolution of Jurisdictional Challenge** and related relief.

The order appealed from is final and appealable.
Dated: **5/8/2026**

Respectfully submitted,

**Gregory N. McKnight**
Defendant, pro se