G. McKnight
405 Harshman St.
Rawlins, WY 82301

Clerk of Court
U.S. District Court for the
District of Wyoming
2120 Capitol Avenue
Room 2131
Cheyenne, WY 82001



MAY 07 2026

USPS

82001$3658 C015